UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-06159

RPM DIESEL ENGINE CO., INC.

      Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and D & J INDUSTRIES, INC. in personam,

      Defendants.
_____/

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

### CONSENT AND INDEMNIFICATION AGREEMENT
### FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

The Plaintiff, RPM DIESEL ENGINE CO., INC., by and through its undersigned counsel, and G. Robert Toney & Associates, Inc. d/b/a/ National Liquidators, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District and the United States Marshal's Service from any and all liability and responsibility for the care and custody of the M/V *DELTA DAWN* while in the custody of the substitute custodian National Liquidators.

The substitute custodian, National Liquidators, has in place appropriate insurance coverage in place. Plaintiff and National Liquidators also expressly agree to hold the United States Marshal for this District and the United States Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for and

CASE NO.

on behalf of the Plaintiff.

SIGNED this 31st day of January, 2000, at Fort Lauderdale, Florida.

(for) _____
PATRICK E. NOVAK
Florida Bar No. 838764
HORR. LINFORS, SKIPP & NOVAK
9100 S. Dadeland Blvd.
Suite 1001 - One Datran Center
Miami, FL 33156
Telephone: 305-670-2525

_____
G. ROBERT TONEY
National Liquidators
1915 S.W. 21st Avenue
Fort Lauderdale, Florida 33312

Telephone: 954-791-9601

STATE OF FLORIDA )
) SS:
COUNTY OF BROWARD )

The foregoing instrument was acknowledged before me this 31st day of January, 2000 by G. Robert Toney, who is personally known to me and did take an oath.

IN TESTIMONY WHEREOF, I have hereto set my hand and seal this 31st day of January, 2000.

_____
NOTARY PUBLIC
State of Florida at Large

My commission expires: 10/20-01

LAURA J WETHERINGTON
State of Florida
My Comm. Exp: 10/20/01
Comm#: CC689992