UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO. **00-06159**

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle
tackle and appurtenances, in rem,
and D & J INDUSTRIES, INC., in personam,

    Defendants.
_____/

**CIV - DIMITROULEAS**

**VERIFICATION** MAGISTRATE JUDGE
JOHNSON

00 FEB -1 PM 3:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

STATE OF FLORIDA   )
                   )SS.
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, personally appeared MIKE DESDERIO, who, being duly sworn and deposed, says he is the service manager for RPM DIESEL ENGINE CO., INC., the Plaintiff herein; that he has read the foregoing Complaint and the allegations contained therein are true and correct to the best of his personal knowledge, information and belief or knowledge, information and belief acquired by him in the ordinary course of business; and that he is authorized to sign this verified complaint on behalf of RPM DIESEL ENGINE CO., INC.

                _____
                MIKE DESDERIO

The foregoing instrument was acknowledged before me by MIKE DESDERIO who is personally known to me and did not take an oath.

IN TESTIMONY WHEREOF, I have hereto set my hand and seal this ____ day of February 2000.

OFFICIAL NOTARY SEAL
ROSARIO L SCALA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC679519
MY COMMISSION EXP. SEPT 11,2001

_____
Notary Public
State of Florida, at Large

My commission expires: