UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-06159

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and D & J INDUSTRIES, INC. in personam,

    Defendants.
_____/

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON



### MOTION FOR LEAVE TO SHIFT VESSEL

COMES NOW, the Plaintiff RPM DIESEL ENGINE CO., INC. by and through its undersigned attorneys respectfully requests the Court enter an Order authorizing the substitute custodian National Liquidators, Inc., to tow or otherwise move the motor vessel *DELTA DAWN* from its present location at Driftwood Marina and Storage, 13900 Overseas Highway, Marathon, Florida or the docks adjacent thereto and safely relocate the vessel at National Liquidators facility at 1915 S.W. 21st Avenue, Ft. Lauderdale, FL where it will remain during the pendency of this arrest unless otherwise ordered by the Court.

National Liquidators has agreed to act as substitute custodian and can provide dockage, security, and necessary maintenance to keep the vessel safely afloat while cost effectively at its own facility rather than a marina owned and operated by a third party. Decreased custodial costs are for the benefit of all claimants and owners in keeping the cost of arrest to a minimum.

WHEREFORE, Plaintiff respectfully requests the entry of an order granting the substitute custodian National Liquidators authority to shift the vessel.

DATED this 31ST day of January, 2000.

                                        Respectfully submitted,

(for) PATRICK E. NOVAK
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:      305/670-2525
Fax:        305/670-2526