UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY



CASE NO. 00-06159

RPM DIESEL ENGINE CO.,
INC.

       Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, <u>in rem</u>,
and D & J INDUSTRIES, INC.,
<u>in personam</u>,

       Defendants.
_____/

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

## MOTION FOR ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST

The Plaintiff RPM DIESEL ENGINE CO., INC., by and through its undersigned counsel, moves this Court for an Order Directing Issuance of a Warrant of Arrest pursuant to Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure. This Motion is based upon the Complaint filed herein.

The Verified Complaint sets forth a claim for enforcement of a maritime lien for necessaries provided to the motor vessel *DELTA DAWN*, <u>in rem.</u> Inasmuch as Plaintiff has set forth therein a <u>prima facie</u> showing that an action <u>in rem</u> exists, in that said Defendants are indebted to Plaintiff as set forth in the Verified Complaint, that *DELTA DAWN* said action supports a Warrant of Arrest of the motor vessel *DELTA DAWN* and said motor vessel is currently within the District, Plaintiff respectfully requests that the Court grant its Motion for Order of Issuance of a Warrant of Arrest of the motor vessel *DELTA DAWN*.

DATED this __31__ day of January, 2000.

                         HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:      305/670-2525
Fax:        305/670-2526

_____
PATRICK E. NOVAK
Florida Bar No. 838764