UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-06159

RPM DIESEL ENGINE CO., INC.
        Plaintiff,
vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and D & J INDUSTRIES, INC., in personam,

        Defendants.
_____/

CIV - DIMITROULEAS

**MAGISTRATE JUDGE JOHNSON**

FILED by _____ D.C.

FEB 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL

FOR THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified Complaint in the above-styled in rem proceeding was filed in the Miami of this Court on January 31, 2000.

    In accordance with Supplemental Rule (C) for Certain Admiralty and maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel *DELTA DAWN* (Official No. D584663), its engines, tackle, equipment and appurtenances, and to detain the same in your custody pending further order of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.



CASE NO.

ORDERED at Ft. Lauderdale, Florida, this _____ day of ~~January~~ February, 2000.

CLERK

_/s/ _____
Deputy Clerk

PATRICK E. NOVAK
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:    305/670-2525
Fax:      305/670-2526

ORDER ...
to U.S. Marshal ...
Held for ...

☒ May be executed on any day.

_/s/ _____
U. S. DISTRICT JUDGE
William P. Dimitrouleas

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of his claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).