UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

RPM DIESEL ENGINE CO.,
INC.
    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
and D & J INDUSTRIES, INC.,
in personam,

    Defendants.
_____/

CASE NO. 00-06159

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

### ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

Pursuant to Supplemental Rule (C)(1) And Local Admiralty Rule C(2)(a), the Clerk is directed to issue a warrant of arrest of the motor vessel *DELTA DAWN* in the above styled action.

IT IS SO ORDERED this __15__ day of February, 2000

                      UNITED STATES DISTRICT JUDGE
                      William P. Dimitrouleas

Copies furnished to:

    Patrick E. Novak, Esquire
    Substitute Custodian

FILED by _____ D.C.

FEB 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

