UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

FILED by ___ D.C.
FEB 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NO. 00-06159

RPM DIESEL ENGINE CO., INC.
  Plaintiff,
vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and RANDY JORDAN, in personam,
  Defendants.
_____/

CIV - DIMITROULEAS

MAGISTRATE JUDGE

### ORDER GRANTING APPOINTMENT OF SUBSTITUTE CUSTODIAN

THIS CAUSE came before the Court upon the Plaintiff RPM DIESEL ENGINE CO., INC. Motion for Appointment of Substitute Custodian. The Court having reviewed Plaintiff's Motion and being otherwise duly advised in the premises, it is:

ORDERED that Plaintiff's Motion for Appointment of Substitute Custodian is hereby **GRANTED**. National Liquidators is hereby appointed to serve as substitute custodian in accordance with the Plaintiff's Motion and the Consent and Indemnification Agreement filed in this action.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 15 day of February, 2000.

U. S. District Judge
William P. Dimitrouleas

Copies furnished to:

  Patrick E. Novak, Esquire
  Substitute Custodian