UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

FILED by _____ D.C.
FEB 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-06159

RPM DIESEL ENGINE CO., INC.
      Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and D & J INDUSTRIES, INC., in personam,

      Defendants.
_____/

CIV - DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

### ORDER AUTHORIZING SHIFTING OF VESSEL

THIS CAUSE came before the Court on Plaintiff's Motion for Leave to Shift the Vessel. The Court having reviewed Plaintiff's Motion and having otherwise considered the matter, it is:

ORDERED that Plaintiff's Motion for Leave to Shift Vessel is hereby GRANTED. The substitute custodian National Liquidators is hereby authorized to move the M/V *DELTA DAWN* from its present location or the docks adjacent thereto and to maintain the vessel in safekeeping there at during the pendency of this action.

DONE AND ORDERED in Chambers at ~~Miami, Miami-Dade County~~ Ft. Lauderdale, Broward County, Florida this the 15 day of February, 2000.

_____
U.S. DISTRICT JUDGE
William F. Dimitrouleas

Copies furnished:
    Patrick Novak, Esquire
    Substitute Custodian