| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RPM DIESEL ENGINE CO., INC. | 00-06159-CIV-DIM |
| **DEFENDANT** | **TYPE OF PROCESS** Subst. Custodian |
| M/V DELTA DAWN and D & J INDUSTRIES, INC. | WARRANT OF ARREST Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/V DELTA DAWN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** DRIFTWOOD MARINA AND STORAGE, 13900 Overseas Hwy. Marathon, Fl.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick E. Novak, Esq.
HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 S. Dadeland Blvd, Suite 1001
Miami, Florida 33156

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please contact the Substitue Custodian National Liquidators, Bob Toney or Mark Brown at 954-791-9601.

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER 305-670-2525   DATE 2/1/00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  cm | Date 2-28-00 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): RANDY JORDAN (VESSELS OWNER)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 2-29-00   Time: 6 pm

Signature of U.S. Marshal or Deputy: LORENZO MENENDEZ

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 160.00 | 75.15 | | 235.15 | | | |

REMARKS:
2-29-2000, ATTACHED ABOVE NAMED VESSEL, FOUND UNDER EXTENSIVE REPAIRS + RENOVATION. TURNED OVER VESSEL TO THE SUBSTITUTE CUSTODIAN, AS PER COURT ORDER.

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)