UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6159 CIV DIMITROULEAS

RPM DIESEL ENGINE CO.,
INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
and RANDY JORDAN, in personam,

    Defendants.
_____/



## STIPULATION FOR RELEASE OF VESSEL

Plaintiff RPM DIESEL ENGINE CO., INC., and the vessel owner do hereby stipulate to the release of the Defendant vessel and as grounds therefore state as follows:

1. The in rem Defendant, the motor vessel DELTA DAWN was seized pursuant to a warrant of arrest executed by the United States Marshal on February 29, 2000.

2. The Plaintiff has agreed, by and through its undersigned attorney, to the release of the vessel upon deposit in the Plaintiff's attorney's trust account by the Defendant the sum of $45,000.00. This sum is to be held in trust until the dispute between the parties is finally resolved.

3. The owner of the motor vessel DELTA DAWN will cause to be filed a claim of owner with respect to the Defendant vessel pursuant to applicable Admiralty and Maritime Rules for maritime claims and reserves all counterclaims, claims, and defenses to the claims set forth in the Complaint.

Case No. 00-6169 Civ DIMITROULEAS
Page 2

4. The Plaintiff shall forthwith take such steps as are necessary and appropriate to release the vessel to Defendant.

WHEREFORE the Plaintiff, RPM DIESEL ENGINE CO., INC. and the vessel owner hereby stipulate to the release of the vessel from seizure and the entry of a writ of restitution, cause pending.

DATED this 1st day of March, 2000.

_____
Patrick E. Novak, Esquire
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
9100 South Dadeland Boulevard
Suite 1001
Miami, Florida 33156
Telephone: (305)670-2525

_____
Gus H. Crowell, Esquire
Law Offices of Gus H. Crowell, P.A.
P.O. Box 777
Tavernier, FL 33070
Attorneys for Vessel Owner