

**United States Department of Justice**

**United States Marshal**
Southern District of Florida
Miami, Florida 33101

March 3 XX 2000

TO:    Clerk, U. S. District Court

FROM:  U. S. Marshals Office
       Ft. Lauderdale, FL



Insofar as this office is concerned, all costs in

re: __M/V Delta Dawn_____, for dockage, etc.,

have been paid for in the case of: Court No. __00-6159-Civ-Dimitrouleas__

__RPM Diesel Engine Co__  vs  __M/V Delta Dawn__

Upon receipt of a proper Writ of Restitution in this case, the above named vessel will be released by this office.

UNITED STATES MARSHAL

By: _Connie Make_

