Text:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6159 CIV DIMITROULEAS

RPM DIESEL ENGINE CO.,
INC.
       Plaintiff,
vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
and RANDY JORDAN, in personam,

       Defendants.
_____/

FILED by ___ D.C.
MAR 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER DIRECTING THE RELEASE OF A VESSEL OR PROPERTY
IN ACCORDANCE WITH SUPPLEMENTAL RULE (E)(5)

In accordance with Supplemental Rule (E)(5) and Local Admiralty Rule E(8)(a), and pursuant to the Stipulation for Release of Vessel filed on March 2, 2000, the United States Marshal is directed to release the vessel currently being held in its custody in the above-styled action.

ORDERED at Broward County, Florida, this 6 day of March, 2000.

_____
U.S. DISTRICT JUDGE
William P. Dimitrouleas

Copies furnished:

    Patrick E. Novak, Esquire
    Gus H. Crowell, Esquire

