UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY



Case Number: 00-6159-CIV-DIMITROULEAS

**WRIT OF RESTITUTION IN CAUSE PENDING**

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of Florida, GREETINGS:

WHEREAS, in a certain cause moved and prosecuted in the United States District Court for the Southern District of Florida, on

behalf of      RPM DIESEL ENGINE CO., INC.

AGAINST          M/V DELTA DAWN
a claim has been interposed by
and a stipulation filed by      BOTH PARTIES
for the restitution of said      M/V DELTA DAWN
now in your custody under a Writ of Attachment heretofore issued in said cause,

YOU ARE THEREFORE, By these presents authorized to and empowered to relinquish the said      M/V DELTA DAWN
from said attachment, and to deliver the possession thereof the said from whom seized upon receiving in your hand the sum of your expenses incurred in the care and custody of the same.

HEREOF, fail not; and how you have execute this writ make known by your return hereof endorsed.

    WITNESS, the Honorable
    WILLIAM P. DIMITROULEAS
    Judge of said Court, and the seal
    thereof, at FT. LAUDERDALE, in said
    District, on this day, March 7,
    2000

    CLARENCE MADDOX, Clerk

    by _____
        Deputy Clerk

