## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### IN ADMIRALTY

**Case No.: 00-6159-DIMITROULEAS**
**Magistrate Judge: JOHNSON**

**RPM DIESEL ENGINE CO., INC.,**

Plaintiff,

vs.

**M/V DELTA DAWN**, its engines,
tackle and appurtenances, in rem,
**D&J INDUSTRIES, INC.;** and
**RANDOLPH JORDAN,** in personam,

Defendants.
_____/



## CLAIM TO VESSEL

STEVEN SLOANE NEWBURGH, ESQ., on behalf of RANDOLPH JORDAN and

JEFFREY SNIDER, appears before this Court and makes claim on behalf of  RANDOLPH

JORDAN and JEFFREY SNIDER to the vessel, "**DELTA DAWN**", as the same is arrested by and

in the custody of the United States Marshal under process of this Court at the instance of RPM

DIESEL ENGINE CO., INC., and in support of such claim, avers that RANDOLPH JORDAN and

JEFFREY SNIDER are the sole and bona-fide owners of the vessel "**DELTA DAWN**", and that no

other person is or persons are the owner or owners of the said vessel, and that STEVEN SLOANE

NEWBURGH, ESQ., is the attorney for  RANDOLPH JORDAN and JEFFREY SNIDER and is

duly authorized by RANDOLPH JORDAN and JEFFREY SNIDER to make this claim.

**WHEREFORE**, STEVEN SLOANE NEWBURGH, ESQ., on behalf of RANDOLPH

JORDAN and JEFFREY SNIDER requests to defend against the claim asserted in this action

accordingly.



NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B



Dated: March 20, 2000

STEVEN SLOANE NEWBURGH, P.A.
Galleria International Building
301 Clematis Street - Suite 3000
West Palm Beach, FL 33401
Tel: (561) 471-0470
Fax: (561) 471-4222


By:_____
Steven Sloane Newburgh, Esq.
Florida Bar No.: 348619

## V E R I F I C A T I O N

State of Florida          ) ss.
County of Palm Beach)

STEVEN SLOANE NEWBURGH, ESQ., being duly sworn, deposes and says:

1.    I am the attorney for RANDOLPH JORDAN and JEFFREY SNIDER, the claimants
in the above-styled action.

2.    I have read the foregoing Claim and know the contents thereof, and such contents are
true and correct to the best of my knowledge, information and belief.

3.    The sources of my knowledge, information and belief as to such matters are:
Certificate of Documentation for M/V "Delta Dawn", furnished to me by the owners
thereof.

4.    I make this verification as attorney for RANDOLPH JORDAN and JEFFREY
SNIDER as an accommodation to said owners of the subject vessel, as legal counsel
for said owners.

_____
STEVEN SLOANE NEWBURGH

**BEFORE ME**, the undersigned authority, personally appeared STEVEN SLOANE NEWBURGH, who is known to me personally and who did take an oath.

_Elizabeth S. Gore_
Notary Public, State of Florida

My commission:

> ELIZABETH S. GORE
> MY COMMISSION # CC 761163
> EXPIRES: August 27, 2002
> Bonded Thru Notary Public Underwriters

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Claim in Admiralty has been served this 20th

day of March, 2000, by U.S. Mail and facsimile, on PATRICK E. NOVAK, ESQ., Horr, Linfors,

Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 S. Dadeland Boulevard, Miami, FL

33156.

STEVEN SLOANE NEWBURGH, P.A.
Galleria International Building
301 Clematis Street - Suite 3000
West Palm Beach, FL 33401
Tel: (561) 471-0470
Fax: (561) 471-4222

By:_____
    Steven Sloane Newburgh, Esq.
    Florida Bar No.: 348619