UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

Case No.: 00-6159-DIMITROULEAS
Magistrate Judge: JOHNSON

**RPM DIESEL ENGINE CO., INC.,**

      Plaintiff,

vs.

**M/V DELTA DAWN**, its engines,
tackle and appurtenances, in rem,
**D&J INDUSTRIES, INC.;** and
**RANDOLPH JORDAN,** in personam,

      Defendants.
_____/

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN, of the appearance of STEVEN SLOANE NEWBURGH, P.A., as attorney for the M/V "Delta Dawn" and for Defendants, RANDOLPH JORDAN and D&J INDUSTRIES, INC.

All further pleadings, documents and correspondence in this matter are to be served on the undersigned counsel as the Rules so provide.

STEVEN SLOANE NEWBURGH, P.A.
Galleria International Building
301 Clematis Street - Suite 3000
West Palm Beach, FL 33401
Tel: (561) 471-0470
Fax: (561) 471-4222

By:_____
    Steven Sloane Newburgh, Esq.
    Florida Bar No.: 348619

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B   5.1.A.1



## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance has been served this 20th day of March, 2000, by U.S. Mail and facsimile, on PATRICK E. NOVAK, ESQ., Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 S. Dadeland Boulevard, Miami, FL 33156.

          STEVEN SLOANE NEWBURGH, P.A.
          Galleria International Building
          301 Clematis Street - Suite 3000
          West Palm Beach, FL 33401
          Tel: (561) 471-0470
          Fax: (561) 471-4222

By:_____
          Steven Sloane Newburgh, Esq.
          Florida Bar No.: 348619