


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**IN ADMIRALTY**

CASE NO.   00-6159 CIV  DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

    Defendants.
_____/



### REQUEST FOR ENTRY TO VESSEL FOR INSPECTION AND TESTING

COME NOW the Plaintiff RPM DIESEL ENGINE CO., INC., by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 34 requests entry upon the M/V DELTA DAWN for purposes of inspection and testing and as grounds therefore states as follows:

1.     Plaintiff RPM commenced an in rem action against the M/V DELTA DAWN for services and parts provided to the vessel and its engines.



CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

2.  The M/V DELTA DAWN's owners/operators/managers responded to the <u>in rem</u> complaint and filed a counterclaim against RPM alleging RPM failed to rebuild the engines in accordance with the agreement:

   A.  The engines fail to maintain a comfortable cruising speed at low rpms;

   B.  RPM failed to lessen fuel consumption as agreed between the parties;

   C.  RPM improperly installed or installed improper turbo charges for each engine resulting in increased exhaust back pressure.

3.  Plaintiff RPM wants to test, inspect and conduct a sea trial of the vessel in order to respond to the allegations asserted by the defendants in their affirmative defenses and counterclaim.

## Memorandum of Law

Federal Rule of Civil Procedure permits a party to inspect or test any tangible thing which constitute or contain matters within the scope of Rule 26 and which are in the possession, custody or control of a party or permit entry upon land or other property in the possession or control of the party for purposes of inspection, measuring, surveying, photographing, testing or sampling the property or any designated object or operation thereon, within the scope of Rule 26.

The M/V DELTA DAWN is in the possession, custody or control of the defendants and is certainly within the scope of permissible discovery pursuant to Federal Rule of Civil Procedure 26.

CASE NO. 00-6159 CIV DIMITROULEAS
Page 3

WHEREFORE, Plaintiff RPM respectfully requests an order permitting the inspection, testing and sea trial of the M/V DELTA DAWN in accordance with Federal Rule of Civil Procedure 26 in order to rebut the allegations set forth in defendant's affirmative defenses and counterclaim.

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this the 12th day of April, 2000 to Steven Sloane Newburgh, Esquire, Galleria International Building 301 Clematis Street, Suite 300, West Palm Beach, FL 33401, Attorneys for Defendant.

Respectfully submitted,

_____
PATRICK E. NOVAK
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:     305/670-2525
Fax:       305/670-2526

HORR, LINFORS, SKIPP & NOVAK, P.A.
SUITE 1001 - ONE DATRAN CENTER - 9100 S. DADELAND BOULEVARD - MIAMI, FLORIDA 33156 - TEL. (305) 670-2525