UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CIV-DIMITROULEAS

RPM DIESEL ENGINE CO., INC.,

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and D&J INDUSTRIES, INC., in personam,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's, RPM Diesel Engine Co., Inc. Request for Entry to Vessel for inspection and testing, filed herein on April 13, 2000. The Court has carefully reviewed the request and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff may inspect, test and sea trial the M/V Delta Dawn, in accordance with Federal Rule of Civil Procedure 26.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of April, 2000.

                                          WILLIAM P. DIMITROULEAS
                                          United States District Judge

copies to:

Steven Sloane Newburgh, Esq.
Patrick E. Novack, Esq.

