UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6159 CIV DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

    Defendants.
_____/



## JOINT SCHEDULING REPORT

    Plaintiff RPM DIESEL ENGINE CO., INC., and Defendants M/V DELTA DAWN, in rem, and D & J INDUSTRIES, INC. and RANDOLPH JORDAN in personam, by and through their undersigned counsel file this Joint Scheduling Report pursuant to Local Rule 16.1.

    A.    <u>Detailed schedule of discovery</u>.  The parties anticipate that discovery will take approximately 180 days to complete and request this case be placed on a standard case management track.

    B.    <u>Discussion of likelihood of settlement</u>.  While there have been no discussions of settlement to date, after initial inspection and discovery settlement discussions are likely and the parties are amenable to this matter being set for mediation following discovery.

    C.    <u>Discussion of likelihood of appearance in the action of additional parties</u>. The parties do not anticipate at this time the likelihood of appearance of additional parties.



CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

D. Proposed limits on time.

(i) To file and hear motions. The parties would propose the filing and hearing of motions up to 60 days after the close of discovery.

(ii) To complete discovery: The parties would propose a period of 180 days.

E. Proposals for the formulation and simplification of issues: The parties agree to simplify the issues and will strive to formulate them in the simplest way without incorporating frivolous claims, defenses or counterclaims.

F. Necessity or desirability of amendments to the pleadings. The parties are not aware of any at this time.

G. The possibility of obtaining admissions of fact and documents. The parties agree to obtain admissions of fact which would avoid unnecessary proof and stipulations regarding authenticity and admissibility of documents. The parties do not at this time anticipate the need for advance rulings from the Court on admissibility of evidence.

H. Suggestions for the avoidance of unnecessary proof and cumulative evidence. The parties will endeavor to resolve any issues regarding proofs and evidence while preparing their pre-trial stipulations.

I. Suggestions on the advisability of referring matters to a magistrate judge or master. The parties have no objections to having discovery matters referred to a magistrate.

J. Preliminary estimate of time required for trial. Three (3) days.

K. Requested dates for conference before trial, final pre-trial conference and trial. The parties request a final pre-trial conference one (1) week before the call of the calendar.

L. Any information that might be helpful to the Court in settling the case for status or

CASE NO. 00-6159 CIV DIMITROULEAS
Page 3

<u>pre-trial conference</u>. None at this time.

Respectfully submitted to the Court by the undersigned parties:


_____
PATRICK E. NOVAK
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
**Attorneys for Plaintiff**
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-2525


_____
Steven Sloane Newburgh, Esquire
Galleria International Building
301 Clematis Street
Suite 300
West Palm Beach, FL   33401
**Attorney for Defendants**
Telephone:  561-471-0470
Facsimile:  561-471-4222