UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**IN ADMIRALTY**

CASE NO.   00-6159 CIV  DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, <u>in rem</u>,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, <u>in personam</u>,

    Defendants.
_____/



## ANSWER TO COUNTERCLAIM

COME NOW the Plaintiff/Counterdefendant RPM DIESEL ENGINE CO., INC., by and through its undersigned attorneys and responds to Defendant's Counterclaim as follows:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.



CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. All allegations not affirmatively admitted herein are denied.

## Affirmative Defenses

1. Defendants' Counterclaim fails to state a cause of action for breach of contract.

2. Count I of the Counterclaim fails to state a cause of action for attorney's fees.

3. Defendants have failed to meet all conditions precedent necessary to assert a cause of action for breach of contract.

4. Defendants' damages, if any, were a result of actions by third parties for which Plaintiff is not liable.

5. Defendants' damages, if any, were a result of Defendants' negligence for which Plaintiff is not liable or, in the alternative, is entitled to a reduction in accordance with the percentage of negligence attributable to Defendants.

6. Defendants' Counterclaim fails to state a cause for wrongful arrest.

7. Count II for wrongful arrest fails to allege bad faith, malice, or gross negligence and therefore Count II fails to state a cause of action for wrongful arrest.

CASE NO. 00-6159 CIV DIMITROULEAS<br>
Page 3

8. Count II of Defendants' Counterclaim fails to state a cause of action for attorney's fees.

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was faxed and mailed this the 2nd day of May, 2000 to Steven Sloane Newburgh, Esquire, Galleria International Building, 301 Clematis Street, Suite 300, West Palm Beach, FL 33401, Attorneys for Defendant.

Respectfully submitted,

_____
PATRICK E. NOVAK
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:     305/670-2525
Fax:       305/670-2526