cv-06159-WPD    Document 27    Entered on FLSD Docket 07/31/2000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY**

Case No.: 00-6159-DIMITROULEAS
Magistrate Judge: JOHNSON

**RPM DIESEL ENGINE CO., INC.,**

Plaintiff,

vs.

**M/V DELTA DAWN**, its engines,
tackle and appurtenances, in rem,
**D&J INDUSTRIES, INC.;** and
**RANDOLPH JORDAN,** in personam,

Defendants.

_____/



### MOTION TO WITHDRAW

Comes now, STEVEN SLOANE NEWBURGH, P.A., as attorney for the M/V "Delta Dawn" and for Defendants, RANDOLPH JORDAN and D&J INDUSTRIES, INC., and respectfully moves this Court for an Order Granting this Motion to Withdraw, and in support thereof, states:

1. Irreconcilable differences have arisen between the undersigned counsel and the clients, RANDOLPH JORDAN and D&J INDUSTRIES, INC., and the undersigned is not able to continue representation of these clients.

**WHEREFORE**, undersigned counsel respectfully requests that an Order be entered, Granting this Motion to Withdraw, and to provide therein a provision allowing RANDOLPH
**COPIES NOT PROVIDED**

NON-COMPLIANCE OF S.D. fla. L.R. _____

**ENVELOPES NOT PROVIDED**



Case No.: 00-6159-DIMITROULEAS
Magistrate Judge: JOHNSON

JORDAN and D&J INDUSTRIES, INC. sufficient time in which to secure alternate counsel in this case.

STEVEN SLOANE NEWBURGH, P.A.
Galleria International Building
301 Clematis Street - Suite 3000
West Palm Beach, FL 33401
Tel: (561) 471-0470
Fax: (561) 471-4222

By:_____
Steven Sloane Newburgh, Esq.
Florida Bar No.: 348619

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Withdraw has been served this _____27_____ of July, 2000, by U.S. Mail and facsimile, on JONATHAN SKIPP, ESQ., Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 S. Dadeland Boulevard, Miami, FL 33156 and to RANDOLPH JORDAN and D&J INDUSTRIES, INC., by facsimile and U.S. Mail, 30320 Overseas Highway, Big Pine Key, FL 33043.

STEVEN SLOANE NEWBURGH, P.A.
Galleria International Building
301 Clematis Street - Suite 3000
West Palm Beach, FL 33401
Tel: (561) 471-0470
Fax: (561) 471-4222

By:_____
Steven Sloane Newburgh, Esq.
Florida Bar No.: 348619