UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CIV-DIMITROULEAS

RPM DIESEL ENGINE CO., INC.,

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances, in rem, and D&J INDUSTRIES, INC., in personam,

    Defendants.

_____/

### ORDER

THIS CAUSE is before the Court upon Steven Sloane Newburgh, P.A., as attorney for the M/V "Delta Dawn" and for Defendants, Randolph Jordan and D&J Industries, Inc.'s Motion to Withdraw, filed herein on July 28, 2000. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Steven Sloane Newburgh, P.A.'s Motion to Withdraw is hereby **GRANTED**. The Court orders Defendants to obtain substitute counsel within thirty days of the filing of this Order. Failure to obtain substitute counsel may result in default judgment. The Court notes that D&J Industries, Inc., is a corporation. It is a well-settled principle of law that a corporation cannot appear pro se and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution



Company, 748 F.2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this \_\_3/\_\_ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Steven Sloane Newburgh, Esq.
Jonathan Skipp, Esq.
Randolph Jordan