UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

RPM DIESEL ENGINE CO., INC.

        Plaintiff,

Vs.

M/V DELTA DAWN, its engines, tackle
And appurtenances, in rem, D & J
INDUSTRIES, INC.; and RANDOLPH
JORDAN, in personam,

        Defendants.

_____/

CASE No. 00-6159-CIV-DIMITROULEAS
Magistrate Judge: JOHNSON

### NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN,** that the undersigned has been retained as In-House Counsel and the appearance of the undersigned as attorney for the **M/V "Delta Dawn"** and for Defendants. **Randolph Jordan** and **D & J Industries, Inc.**

All further pleadings, documents and correspondence in the above styled matter are to be Served upon the undersigned.

By _____
Shirley K. Hart, Esq.
Florida Bar No. 765066

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served this ___8___ day of August, 2000.

by U.S. Mail and facsimile, on JONATHAN SKIPP, ESQ., Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 S. Dadeland Boulevard, Miami, Fl 33156.

By: _____
SHIRLEY K. HART
Florida Bar No. 765066
D & J Industries, Inc.
In-House Counsel
Post Office Box 430654
Big Pine Key, Fl 33043