**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

Case No.: 00-6159-DIMITROULEAS
Magistrate Judge: JOHNSON

**RPM DIESEL ENGINE CO., INC.,**

       Plaintiff,

vs.

**M/V DELTA DAWN**, its engines,
tackle and appurtenances, in rem,
**D&J INDUSTRIES, INC.;** and
**RANDOLPH JORDAN,** in personam,

       Defendants.
_____/



## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISCOVERY CUTOFF

Defendants, by and through their undersigned counsel, respectfully request an extension of time in which to conclude discovery in this case, and in support thereof, states:

1. The deposition of Defendants has been rescheduled to occur on Thursday, November 9, 2000, with the agreement of counsel for Plaintiff and Defendants.

2. The deposition of Plaintiff by Defendants has yet to be scheduled. Counsel for Plaintiff and Defendants, however, have agreed to cooperate in accordance with S.D. Fla. L.R. 26.1(I) with regard to the scheduling of Plaintiff's deposition and with regard to the deposition(s) of Plaintiff's expert witnesses.

3. This Court's April 21, 2000 Order Setting Trial Date & Discovery Deadlines, etc., provides, *inter alia*, for completion of all discovery on or before October 20, 2000.

4. Given the cooperation of both counsel with regard to discovery in this case, it is respectfully requested that the Court provide its' imprimatur to the agreement of counsel to continue



discovery beyond the October 20, 2000 "cutoff" date.

5. Defendants request an additional sixty (60) days in which to complete discovery in this case - counsel for Plaintiffs has agreed to such extension.

6. This motion is filed in good faith and is not solely for the purpose of delay or for any purpose other than as stated herein.

7. Pursuant to S.D. Fla. L.R. 26.1(I), the undersigned counsel certifies that he has discussed this request for extension with counsel for Plaintiff and that Plaintiff's counsel has agreed to said sixty (60) day extension of the discovery cut-off period.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order extending the discovery cut-off in this case for an additional sixty (60) days, or such other extension period as this Court deems appropriate to accommodate the continuing discovery needs of both the Defendants and the Plaintiff in this case.

                STEVEN SLOANE NEWBURGH, P.A.
                Counsel for Defendants
                Galleria International Building
                301 Clematis Street - Suite 3000
                West Palm Beach, FL 33401
                Tel: (561) 471-0470
                Fax: (561) 471-4222

By: _____
                Steven Sloane Newburgh, Esq.
                Florida Bar No.: 348619

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion for Extension has been served this 19th day of October, 2000, by U.S. Mail and facsimile, on Jonathan W. Skipp, Esq.., Horr, Linfors, Skipp & Novak, P.A., One Datran Center, Suite 1001, 9100 S. Dadeland Boulevard, Miami, FL 33156.

    STEVEN SLOANE NEWBURGH, P.A.
    Galleria International Building
    301 Clematis Street - Suite 3000
    West Palm Beach, FL 33401
    Tel: (561) 471-0470
    Fax: (561) 471-4222

By: _____
    Steven Sloane Newburgh, Esq.
    Florida Bar No.: 348619