UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CIV-DIMITROULEAS

RPM DIESEL ENGINE CO., INC.,

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances,
in rem, and D&J INDUSTRIES, INC., in personam,

    Defendants.
_____/

FILED by _____ D.C.

OCT 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Defendants', the M/V "Delta Dawn" Motion to Extend Discovery Cutoff, filed herein on October 19, 2000. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendants' Motion to Extend Discovery is hereby **GRANTED**, in part. The Discovery Cutoff shall be extended to November 23, 2000. Further discovery may be conducted with agreement of both parties. The Court notes that no other deadlines or dates shall be affected by this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23 day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Steven Sloane Newburgh, Esq.
Jonathan Skipp, Esq.