**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

CASE NO.   00-6159 CIV  DIMITROULEAS
Magistrate Judge Johnson

RPM DIESEL ENGINE CO., INC.

　　　　Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

　　　　Defendants.

_____/

## NOTICE OF UNAVAILABILITY

Jonathan W. Skipp, counsel of record for Plaintiff, RPM DIESEL ENGINE CO., INC., hereby file this notice of unavailability to attend hearings or depositions or file pleadings in the captioned litigation during the following periods:

### November 13, through 17, 2000

The undersigned would request the cooperation and assistance of all counsel and the Court in avoiding the scheduling of depositions, hearings or other conferences and in otherwise refraining from taking actions which would require responses during this period.



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ̲6̲t̲h̲ day of November, 2000 to: Steven Sloane Newburgh, Esquire, Galleria International Building, 301 Clematis Street, Suite 300, West Palm Beach, FL 33401, Attorneys for Defendant.

> HORR, NOVAK & SKIPP, P.A.
> Attorneys for Plaintiff
> One Datran Center, Suite 1104
> 9100 South Dadeland Boulevard
> Miami, Florida 33156-7866
> Phone:    305/670-2525
> Fax:      305/670-2526
>
> _____
> JONATHAN W. SKIPP
> Florida Bar No. 710570