UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CIV-DIMITROULEAS

RPM DIESEL ENGINE CO., INC.,

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances,
in rem, and D&J INDUSTRIES, INC., in personam,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court sua sponte. April 21, 2000 Order [DE 25], directing the parties to appoint a mediator within sixty (60) days of said Order. Additionally, the Court Ordered that "[t]he mediation be completed sixty (60) days prior to the scheduled calendar call." The Court further notes that a mediator has not been appointed by the parties, and calendar call in this action is set for January 12, 2001.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff and Defendant are Ordered to Show Cause as to why the parties have not complied with this Court's Order, and further why mediation has not occurred in this action. A reply to this Order to Show Cause shall be filed by December 14, 2000. Failure to respond to this Order may result in immediate result.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Steven Sloane Newburgh, Esq.
Jonathan Skipp, Esq.