

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

CASE NO.  00-6159 CIV DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

    Defendants.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

The Plaintiff, RPM DIESEL ENGINE, CO., and the Defendants, M/V DELTA DAWN, D. J. INDUSTRIES, INC. and RANDOLPH JORDAN, by and through their undersigned counsel, respectfully file the following response to the Court's Order to Show Cause why this matter has not been mediated, stating as follows:

1. The parties have been working cooperatively to accomplish basic discovery in this matter prior to proceeding to mediation. Both parties had mutually agreed that additional time was required to complete necessary discovery and, further, that the parties would complete certain basic discovery before proceeding to mediation.

2. The parties sought and obtained from the Court an enlargement of time in which to complete discovery in this matter. Together with the enlargement of time for discovery, the parties also agreed to postpone mediation until December 2000.



CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

3.     This matter is presently scheduled for mediation on Thursday, December 14, 2000 before Certified Mediator Kenneth J. Zarrilli at Mediation, Inc. in Fort Lauderdale, Florida. The parties intend to make every good faith effort to resolve the case at mediation, in order to avoid the necessity of proceeding to trial in January 2001.

4.     Upon receipt of the Court's Order to Show Cause, the parties discovered their inadvertent oversight in failing to file a Designation of Mediator with the Court, for which the undersigned counsel respectfully apologize. For the sake of good order, the parties are filing and attach hereto their Notice of Designation of Mediator.

_____  (for)  _____
JONATHAN W. SKIPP                  STEVEN SLOANE NEWBURGH
Florida Bar No. 710570             Florida Bar No.
                                   Per attached authority

HORR, NOVAK & SKIPP, P.A.          Galleria International Building
**Attorneys for Plaintiff**         **Attorney for Defendants**
One Datran Center, Suite 1104      301 Clematis Street
9100 South Dadeland Boulevard      Suite 300
Miami, Florida 33156               West Palm Beach, FL  33401
Telephone: (305) 670-2525          Telephone: 561-471-0470
Telefax: (305) 670-2526            Facsimile: 561-471-4222

CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

3. This matter is presently scheduled for mediation on Thursday, December 14, 2000 before Certified Mediator Kenneth J. Zarrilli at Mediation, Inc. in Fort Lauderdale, Florida. The parties intend to make every good faith effort to resolve the case at mediation, in order to avoid the necessity of proceeding to trial in January 2001.

4. Upon receipt of the Court's Order to Show Cause, the parties discovered their inadvertent oversight in failing to file a Designation of Mediator with the Court, for which the undersigned counsel respectfully apologize. For the sake of good order, the parties are filing and attach hereto their Notice of Designation of Mediator.

JONATHAN W. SKIPP
Florida Bar No. 710570

HORR, NOVAK & SKIPP, P.A.
**Attorneys for Plaintiff**
One Datran Center, Suite 1104
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-2525
Telefax: (305) 670-2526

STEVEN SLOANE NEWBURGH
Florida Bar No.

Galleria International Building
**Attorney for Defendants**
301 Clematis Street
Suite 300
West Palm Beach, FL  33401
Telephone: 561-471-0470
Facsimile:  561-471-4222

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY**

CASE NO.  00-6159 CIV  DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

    Defendants.
_____/

### NOTICE OF DESIGNATING MEDIATOR

COME NOW the Plaintiffs RPM DIESEL ENGINE CO., INC., by and through their undersigned counsel submit their Notice of Designating Mediator in accordance with this Court's Order of Referral to Mediation and hereby state:

Plaintiffs RPM DIESEL ENGINE CO., INC. and Defendants M/V DELTA DAWN, D & J INDUSTRIES, INC. and RANDOLPH JORDAN, have agreed upon Kenneth J. Zarrilli of Mediation, Inc. as the mediator, in accordance with the Court's Order of Referral to Mediation.

                                      Respectfully submitted,

                                      JONATHAN W. SKIPP
                                      Florida Bar No. 710570

CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

HORR, NOVAK & SKIPP, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1104
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:    305/670-2525
Fax:      305/670-2526

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___8___ day of December, 2000 to: Steven Sloane Newburgh, Esquire, Galleria International Building, 301 Clematis Street, Suite 300, West Palm Beach, FL 33401, Attorneys for Defendant.

JONATHAN W. SKIPP
Florida Bar No. 710570