FILED by D.C.
DEC 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RPM DIESEL & ENGINE, INC.
    Plaintiff,

vs

CASE NO:
00-6159-CIV-DIMITROULEAS
MEDIATION REPORT

M/V DELTA DAWN, et al.
    Defendant,
                            /

Type of Case: Maritime

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Kenneth J. Zarrilli, Esquire of MEDIATION, INC., on December 14, 2000.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    The parties have reached a total IMPASSE.

Copies furnished by U.S. Mail to:

    Steven Sloane Newburgh, Esquire

    Jonathan W. Skipp, Esquire

RESPECTFULLY SUBMITTED on December 15, 2000.

JAMES B. CHAPLIN, ESQUIRE
for Kenneth J. Zarrilli
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
           (800) 741-7000

