**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN ADMIRALTY**

CASE NO. 00-6159-CIV-DIMITROULEAS
Magistrate Judge Johnson

RPM DIESEL ENGINE CO., INC.

    Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

    Defendants.
_____/



### NOTICE OF FILING

COMES NOW the Plaintiff, RPM DIESEL ENGINE CO., INC., by and through its undersigned counsel and respectfully files this Notice of Filing Notice of Settlement.

Respectfully submitted,

JONATHAN W. SKIPP
Florida Bar No. 710570

HORR, NOVAK & SKIPP, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1104
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:    305/670-2525
Fax:      305/670-2526

CASE NO. 00-6159 CIV DIMITROULEAS
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____

day of January 2001 to: Steven Sloane Newburgh, Esquire, Galleria International Building, 301

Clematis Street, Suite 300, West Palm Beach, FL 33401, Attorneys for Defendant.

JONATHAN W. SKIPP
Florida Bar No. 710570

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

RPM DIESEL ENGINE CO., INC.               CASE NO. 00-6159-CIV-DIMITROULEAS
                                          Magistrate Judge Johnson
         Plaintiff,

vs.

M/V DELTA DAWN, its engines,
tackle and appurtenances, in rem,
D & J INDUSTRIES, INC.; and
RANDOLPH JORDAN, in personam,

         Defendants.
_____/

### NOTICE OF SETTLEMENT

COME NOW the Plaintiff, RPM DIESEL ENGINE CO., INC., and the Defendants M/V DELTA DAWN, D & J INDUSTRIES, INC. and RANDOLPH JORDAN, by and through their undersigned counsel and respectfully notify the Court that all claims in the above-styled matter have been amicably settled and the case may be dismissed with prejudice, each party to bear its own attorney's fees and costs.

Respectfully submitted,

JONATHAN W. SKIPP                         STEVEN SLOANE NEWBURGH
Florida Bar No. 710570                    Florida Bar No. 348619

HORR, NOVAK & SKIPP, P.A.                 Galleria International Building
**Attorneys for Plaintiff**               **Attorney for Defendants**
One Datran Center, Suite 1104             301 Clematis Street
9100 South Dadeland Boulevard             Suite 300
Miami, Florida 33156                      West Palm Beach, FL  33401
Telephone: (305) 670-2525                 Telephone:  561-471-0470
Telefax: (305) 670-2526                   Facsimile:  561-471-4222