UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CIV-DIMITROULEAS

RPM DIESEL ENGINE CO., INC.,

    Plaintiff,

vs.

M/V DELTA DAWN, its engines, tackle and appurtenances,
in rem, and D&J INDUSTRIES, INC., in personam,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the filing of the Notice of Settlement, filed by

Plaintiff and Defendant, filed herein on January 9, 2001. The Court has carefully reviewed the

Notice of Settlement, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Notice of Settlement is hereby approved by the Court;

    2. The above-styled action is hereby **DISMISSED** with prejudice;

    3. The Clerk of This Court is directed to deny all pending motions as moot; and

    4. This case is closed.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _____ day of

January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Steven Sloane Newburgh, Esq.
Jonathan Skipp, Esq.

